UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICHELLE OLMO and JOVANI PADIN,

                                     Plaintiffs,

- against -

THE CITY OF NEW YORK, et al.,

                                     Defendants.

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

14-CV-7518 (BMC)

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between counsel for the parties herein, that any and all of the claims that were asserted or could have been asserted on behalf of the plaintiffs MICHELLE OLMO and JOVANI PADIN against defendants CHARLES STARLING, WILLIAM CZECH, MUHAMMAD UDDIN, JORGE CASTRO, JAMES SHAW, ANGEL VASQUEZ, and THE CITY OF NEW YORK including its successors and assignees, and all past and present officials, employees, representatives and agents of the City, for any and all claims arising out of the events alleged in the Amended Complaint in this matter, and that such claims are hereby dismissed and discontinued, **with prejudice**, and without costs or attorney's fees to either party.

Dated:   New York, New York
             April 21, 2015

**OKUN, ODDO & BABAT, P.C.**
*Attorneys for Plaintiffs*
8 West 38th Street, 10th Floor
New York, NY 10018

By: _____
      MATTHEW SALIBA, ESQ.

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: _____
      TOBIAS E. ZIMMERMAN
      Assistant Corporation Counsel